IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JON-ERIK ROCHA,<br>　　　　Plaintiff,<br><br>VS.<br><br>ATTORNEY BRYAN E. HOSTO<br>and CHARLES J. BUCHAN<br>　　　　Defendants. | §<br>§<br>§<br>§　CIVIL ACTION NO.<br>§　4:19-CV-572-O-BP<br>§<br>§<br>§<br>§ |

**DEFENDANTS' APPENDIX IN SUPPORT OF MOTION TO DISMISS COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(1) and 12(b)(6)**

SHEEHY, WARE & PAPPAS, P.C.

**JAMES W. KAREL**
Texas Bar No. 11098550
jkarel@sheehyware.com

**TAMMY ARDOLF**
Texas Bar No. 90001536
tardolf@sheehyware.com

3838 Oak Lawn Avenue, Suite 250
Dallas, Texas 75219
(214) 521-7500 Telephone
(214) 520-1708 Facsimile

**ATTORNEYS FOR DEFENDANTS**

## INDEX OF APPENDIX

| Ex. | Description | App. |
|---|---|---|
| 1. | Affidavit of Bryan Hosto | 4-5 |
|  | 1-A: Correspondence dated May 31, 2019 from Hosto & Buchan, P.L.L.C. to Victory Completions Group, LLC regarding collection | 6 |
|  | 1-B: Affidavit of Legal Notice and Demand to Validate Debt Claim dated June 7, 2019 from Victory Completions Group, LLC to Hosto & Buchan, P.L.L.C. | 7-10 |
|  | 1-C: Correspondence dated June 26, 2019 from Hosto Buchan, P.L.L.C. to Victory Completions Group, LLC (" regarding name of original creditor | 11-13 |

Respectfully submitted,

**SHEEHY, WARE & PAPPAS, P.C.**

/s/ James W. Karel
**JAMES W. KAREL**
Texas Bar No. 11098550
jkarel@sheehyware.com

**TAMMY ARDOLF**
Texas Bar No. 90001536
tardolf@sheehyware.com

3838 Oak Lawn Avenue, Suite 250
Dallas, Texas 75219
(214) 521-7500 Telephone
(214) 520-1708 Facsimile

**ATTORNEYS FOR DEFENDANTS**

2

APP. 002

## CERTIFICATE OF SERVICE

In accordance with the Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure and Local Rule 5.1(d), I hereby certify that a true and correct copy of the foregoing instrument has been electronically served upon all parties. A copy also has been served on Jon-Erick Rocha, who is proceeding *pro se,* via Certified Mail, Return Receipt Requested # 7018 2290 0001 2337 9451 on August 12, 2019 at the following address:

Jon-Erik Rocha
125 Walton Lane
Springtown, TX 76082

/s/ Tammy J. Ardolf
TAMMY J. ARDOLF

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JON-ERIK ROCHA,<br>　　　**Plaintiff,** | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO.<br>4:19-CV-572-O-BP |
| **ATTORNEY BRYAN E. HOSTO**<br>**and CHARLES J. BUCHAN**<br>　　　**Defendants.** | §<br>§<br>§ | |

## AFFIDAVIT OF BRYAN HOSTO

Before me, the undersigned authority duly authorized to administer oaths, personally appeared Bryan Hosto, who, being by me duly sworn, deposed as follows:

"My name is Bryan Hosto. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

Hosto & Buchan, P.L.L.C is a Professional Limited Liability Company registered with the State of Arkansas. In addition to being a member of Hosto & Buchan, P.L.L.C, I also am the custodian of the records of Hosto & Buchan, P.L.L.C. Attached hereto are true and correct copies of the following documents:

- Demand letter from Hosto & Buchan, P.L.L.C. to Victory Completions Group, L.L.C. dated May 31, 2019;

*Affidavit of Bryan Hosto.* *Page 1*

EX. 1

- "Affidavit of Legal Notice and Demand to Validate Debt Claim" dated June 7, 2019, received by Hosto & Buchan, P.L.L.C. from Victory Completions Group, LLC; and

- Verification letter from Hosto & Buchan, P.L.L.C. to Victory Completions Group, LLC with debt information and attached copy of Motor Vehicle Retail Installment Sales Contract between David McDavid Ford and Victory Completions Group, L.L.C.

These 8 pages of records are kept by Hosto & Buchan, P.L.L.C. in the regular course of business, and it was the regular course of business of Hosto & Buchan, P.L.L.C for an employee or representative of Hosto & Buchan, P.L.L.C, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

FURTHER AFFIANT SAYETH NOT.

_____
BRYAN HOSTO, AFFIANT

SUBSCRIBED and SWORN TO BEFORE ME, the undersigned authority, on this the 6th day of August, 2019.

KYMBERLEY CONNER
Notary Public-Arkansas
Saline County
My Commission Expires 04-17-2025
Commission # 12693707

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF ARKANSAS

*Affidavit of Bryan Hosto.*                                                                 *Page 2*

# HOSTO|BUCHAN
## LAW FIRM

Bryan B. Hosto AR, TN
Charles J. Buchan AR, TX
Mark A. Sexton AR, TN, TX

Kevin T. McGuire TX
Frank J. Cardis AR, FL, KY, OH

P. O. Box 3610
Little Rock AR 72203-3610

Arkansas Indiana Kentucky Ohio Tennessee Texas
E-mail: questions@hosto.com

RETURN SERVICE REQUESTED

May 31, 2019

DEMIN0    284354533

Victory Completions Group, LLC
125 Walton Ln
Springtown TX 76082-7179

HOSTO & BUCHAN, P.L.L.C.
PO Box 3610
Little Rock AR 72203-3610

Our Account Number:    F0042605
Client Ref.:           XXXXXXXXXXXXX3924
Total Amount Due Now:  $65,916.83

---

**PLEASE DETACH UPPER PORTION AND RETURN WITH PAYMENT IN THE ENCLOSED ENVELOPE**

RE:   Account Owed By:      , LIc Victory Completions Group
      Creditor:             Ford Motor Credit Company Llc
      Original Creditor:
      Current Balance:      $65,916.83
      Our Account Number:   F0042605
      Client Ref.:          XXXXXXXXXXXXX3924

**Payment Options:**
Online: www.hosto-online.com
Priority Pay: (800) 892-1460

Dear Sir/Madam:

Our client has turned the above past due account over to us for collection.

**SEND ALL PAYMENTS TO:**   HOSTO & BUCHAN, P.L.L.C., P. O. Box 3610, LITTLE ROCK, AR 72203

The current balance shown above is the amount you owe as of the date of this letter. Please call or visit our website to obtain your current balance, otherwise an adjustment may be necessary after we receive your check. To insure proper posting of your payment, please include our account number listed above when remitting payment. *Also, please make your payment out in the name of Ford Motor Credit.*

This office represents FORD MOTOR CREDIT COMPANY LLC in the collection of this debt, however at this time, no attorney with this firm has personally reviewed the particular circumstances of your account.

Sincerely,

**HOSTO & BUCHAN, P.L.L.C.**
ATTORNEYS AT LAW

\* This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you notify us within 30 days of your receipt of this letter that the validity of this debt, or any portion of it, is disputed, we will assume that it is valid. If you notify us in writing, within 30 days of your receipt of this letter of a dispute, we will send you verification of the debt. Upon your written request within 30 days of your receipt of this letter, we will send you the name and address of the original creditor if different from the current creditor. \*

*[handwritten: License —
Registered Agent —]*

Hosto & Buchan, P.L.L.C.
Attorneys at Law
Main Office
P. O. Box 3610
Little Rock, Arkansas 72203  Telephone: (501) 374-1300  Toll Free: (800) 892-1460  Facsimile: (501) 375-3670

1CLHOBU01DEMIN0

**APP. 006**

EX. 1-A

6/7/2019

**AFFIDAVIT OF LEGAL NOTICE AND DEMAND TO VALIDATE DEBT CLAIM**

Victory Completions Group, LLC
Jon-Erik: Rocha *President*
Care of 125 Walton Lane
Springtown, Republic of Texas [76082]


To:

HOSTO & BUCHAN, P.L.L.C
P.O. BOX 3610
Little Rock, AR 72203-3610


<u>This is an offer to fully pay/discharge the attached claim of debt on the condition that the claiming parties comply with this notice within 30 calendar days of receipt of this correspondence.</u>


**<u>NOTICE OF CLAIM DISPUTE NOTICE TO AGENT IS NOTICE TO PRINCIPAL NOTICE TO PRINCIPAL IS NOTICE TO AGENT APPLICABLE TO ALL SUCCESSORS AND ASIGNS</u>**


*****************************SILENCE IS ACQUIESENCE*****************************

<u>NOTICE AND DEMAND TO CEASE AND DESIST COLLECTION ACTIVITIES PRIOR TO VALIDATION OF PURPORTED DEBT</u>

Pursuant to the truth in lending laws of the United States Code, Title 15 – 1601 et. Seq. and the Fair Debt Collection Practices Act laws of the United States Code 1692 et. seq This notice constitutes a timely written response to your Fair Debt Collection Practices Act notice that you are attempting to collect an alleged debt and is not a dishonor of your alleged claim of debt.

This notice is my, required by law, demand to "cease and desist" collection activities prior to validation of purported debt and you must validate the enclosed claim of an alleged debt. You must provide verification that an actual debt really exists by producing the following:

1. The name and address of the organization or other governmental unit alleging a debt;
2. The name and address of the person or persons in that organization or other governmental unit alleging a claim of debt;
3. The name of the actual creditor even if that is myself;
4. The origin of the funds used to create this alleged claim of debt
5. The actual records of the organization or other governmental unit showing the time and place of the deposit and distribution of the funds used to create this alleged claim of debt.

1 | Page
EX. 1-B

APP. 007

6. The actual records of the organization or other governmental unit showing that an actual loan was made from the organization or other governmental unit's own funds that resulted in the enclosed alleged claim of a debt.
7. The actual records of the organization or other governmental unit with a <u>live signature on any and, all document/instrument(s)</u> used to allege the existence of a real loan of funds or debt from the organization or other governmental unit to myself or anyone else by similar name.
8. Be advised that verification is defined (Black's Law Dictionary, 6th Edition) as follows: "<u>Confirmation of correctness, truth, or authenticity, by affidavit, oath or deposition</u>". Affidavit of truth of matter stated and object of verification is to assure good faith in averments or statements of party.
9. The actual records of the organization or other governmental unit showing that an honest disclosure of facts relating to the alleged loan was made by the organization or other governmental unit in compliance with the truth in lending laws of the United States Code, Title 15 -1601 et. seq and Regulation Z.
10. **The actual records of the organization or other governmental unit showing that any, and all documents /instrument(s) containing my signature or likeness of my signature were not negotiated or pledged by the organization or other governmental unit against my credit to create the funds used for the appearance of a debt and resulting in this alleged claim of debt.**
11. **The person that prepares and swears to the validation of debt must describe:**1) your job description on a daily basis;2) if you are the regular keeper of those books and records and are familiar with how they are kept and their contents;3) How long have you been in your position;4)When did you first come in contact with the alleged account/debt; 5) How frequently do you work with the files and information they are presenting to verify/validate the alleged debt; and 7) Do you have personal knowledge about the alleged debt and/or any alleged account.
12. Send me the CUSIP for the Loan Application and Security Instrument/NOTE.
13. Send me the forms: S-3, FR 2046, FR 2049, FR 2099.
14. Send CAFR, LEDGER, and NOTES for the account.
15. True and Validated ACCOUNTING following GAAP.
16. HOSTO & BUCHAN, P.L.L.C. license to collect debts in the state of Texas.
17. HOSTO & BUCHAN, P.L.L.C. Business Registered Agent information for the State of Texas. Section 5.201(b) of the Texas Business Organizations Code (BOC). 1 Tex. Admin. Code §79.29.

**<u>15 U.S.C -1692 (e) states that a "false", deceptive, and misleading representation, in connection, with the collection of any debt," includes the false representation of the character or legal status of any debt and further makes a threat to take any action that cannot legally be taken a deceptive practice.</u>**

Pursuant to 15 U.S.C -1692 (g) (4) **<u>Validation of Debts,</u>** if you have evidence to validate your claim that the attached presentment does not constitute fraudulent misrepresentation and that one owes this alleged debt, this is a demand that, within 30 days, you provide such verification/validation and supporting evidence **signed and certified under penalty of perjury to substantiate your claim. Until the requirements of the Fair Debt Collections Practices Act have been complied with and your claim is verified/validated, you have no consent to continue any collection activities.**

This is a constructive notice that, absent the validation of your claim within 30 calendar days, you must "cease and desist" any, and all collection activity and are prohibited from contacting me through the

2 | P a g e

mail, by telephone, in person, at my home, or at my work. You are further prohibited from contacting any other third party. Each, and every attempted contact, in violation, of this act, will constitute harassment and defamation of character and will subject your agency and/or attorney and any, and all agents in his/her individual capacities, who take part in such harassment, and defamation, to a liability for actual damages, as well as ***statutory damages of up to $1,000 for each and, every violation***, and a further liability for legal fees to be paid to any counsel which I may retain. Further, absent such validation of your claim, **you are prohibited from filing any notice of lien and /or levy or judgment and are also barred from reporting any derogatory credit information to any credit reporting agency, regarding this disputed purported debt.**

Further, pursuant to the ***Fair Debt Collection Practices Act*** 15 U.S.C – 1692 (g) (8), as you are merely an "agency" or other governmental unit of the United States, acting on someone else's behalf, this is a demand that you provide the name of the original "principal" or "holder in due course", for whom you are attempting to collect this alleged debt.

**Please take notice that this legal notice will be forwarded as a criminal investigation of the business practices of the above, named organization or other governmental unit, its agents, officers, employees and attorney to determine violations of the United States criminal laws.** Your claims of collection of a purported debt appears to be founded upon a false record in violation of U.S.C Title 18 - 2071 and 2073 (falsifying records) and further; uttering and possessing false obligations and counterfeit securities based upon the falsified records in violation of U.S.C Title 18 -471,472,473and or 513, and further using corrupt business practices to make and possess false records and claim if obligation, not substantiated by truthful facts in violation of the Federal Racketeer Influences and Corrupt Organization(RICO) , U.S.C Title 18 – 1961 et.seq  and further using the U.S. Mail to present such fraud and false instruments amounting to Mail Fraud, criminal conduct falling under Title 18 U.S.C -1341 Frauds and Swindles laws, and further sending mal with false and fictitious names, criminal conduct falling under Title 18 U.S.C -1842 – Fictitious Names. **IE JON ERIK ROCHA. ALL INFORMATION WILL BE FORWARDED TO THE TEXAS AND ARKANSAS INSPECTOR GENERAL OFFICE AND IRS CRIMINAL DIVISION TO INVESTIGATE HOSTO & BUCHAN, P.L.L.C UNDER THE BANKING SECRECY ACT AND THE PATRIOT ACT UNDER AS WELL AS ALL MONEY INSTURMENT TO BE DISCLOSED.**

<u>TAKE NOTICE</u>

HOSTO & BUCHAN P.L.L.C's failure in providing respondent with the requisite verification, validating the above referenced alleged debt within the requirements of law as codified in the Fair Debt Collection Practices Act, Fair Credit Reporting Act, Banking Secrecy Act, Patriot Act and the corresponding laws of each state, signifies that Debt Collector tacitly agrees that:

a. Debt collector has no lawful, bona fide, verified claim, re the listed accounts:
   **F0042605**

B. Debt Collector waives any, and all claims against respondent

C. Debt Collector tacitly agrees that Debt Collector will compensate Respondent for all cost's, fees and expenses incurred in defending against this and any, and all continued collection attempts, re the above-referenced alleged accounts.

D. Failure of Debt Collector to properly and legally verify/validate alleged debt as required in this notice is a self-executing irrevocable power of attorney authorizing Respondent/Alleged Debtor named herein to direct the permanent removal, on behalf of the alleged Creditor, of any, and all references to said accounts in any, and all credit reporting agency files of any type.

This response will constitute my effort to resolve this on-going debt claim between the parties involved. Until full disclosure on and for the official public record with a signed affidavit attached is achieved, there can be no case, collection or action. "No civil or criminal cause of action can arise lest, out of fraud, there be valid, honest contract" See Eads V Marks 249 P. 2d 257,260

Furthermore Title 12 U.S.C -411 Federal reserve notes, to be issued at the discretion of the Board of Governors of the Federal Reserve System for the purpose, of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth **and for no other purpose, are authorized.** The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal Reserve bank.

## PLEASE TAKE ADDITIONAL NOTICE

All responses must be done on and for the public record and must be signed with a wet ink signature in the format of an affidavit with a public notary seal affixed **ALL OTHER FORMS OF COMMUNICATION WILL BE NULL AND VOIDED** and will be used a prima facie evidence in any, and all legal recourse I so choose to take as the authorized representative for JON ERIK ROCHA.

Done on this ___7___ Day of ___June___ 2019

I declare under the penalties of perjury in accordance with the laws of the United States of America **(without the "UNITED STATES")** Title 28 U.S.C – 1746(1) the foregoing is true and correct and is admitted when rebutted so help me God.

_____
Authorized Representative for JON ERIK ROCHA

On the ___7___ Day of ___June___ 2019 JON ERIK ROCHA, appeared before me in the County of PARKER, TEXAS and placed his signature above.

_____

Notary Signature                                Seal:

ALMA TREMAYNE BOLLINGER
Notary ID #11025428
My Commission Expires
May 26, 2021

4 | Page

APP. 010

# HOSTO|BUCHAN
## LAW FIRM

Hosto & Buchan, P.L.L.C.
Attorneys at Law
Main Office
P.O. Box 3610
Little Rock, AR 72203-3397
Toll Free: (800) 892-1460
Direct No.: (501) 374-1300
Facsimile (501) 375-3670

Bryan E. Hosto AR, TN
Charles J. Buchan AR, TX
Frank J. Cardis AR, IN, KY, OH

Mark A. Sexton AR, TN, TX
Kevin T. McGuire TX

*Arkansas Indiana Kentucky Ohio Tennessee Texas*
E-mail: questions@hosto.com

June 26, 2019

VICTORY COMPLETIONS GROUP, LLC
JON-ERIK ROCHA, PRESIDENT
125 WALTON LN
SPRINGTOWN TX 76082-7179

RE:   VICTORY COMPLETIONS GROUP, LLC
      Our Account Number:        F0042605

Dear Sir/Madam:

In response to your request for information pertaining to the above-referenced debt, I have listed the name of the original creditor, as well as other information below:

**Original Creditor:**   Ford Motor Credit Company, LLC
**Account number:**      xxxxxxxxxxxxxxxx3924
**Current Creditor:**    Ford Motor Credit Company LLC
**Amount of Debt:**      $65,916.83
**Consumer's SSN.:**     xxx-xx-■
**Last Payment Date:**   October 18, 2018

I am also enclosing the following additional documentation for your records:

Motor Vehicle Retail Installment Sales Contract

If you have any questions, please do not hesitate to call.

Sincerely,

**HOSTO & BUCHAN P.L.L.C.**
ATTORNEYS AT LAW

This communication is from a debt collector and is an attempt to collect a debt.
Any information obtained will be used for that purpose.

Hosto & Buchan, P.L.L.C.
Attorneys at Law
Main Office
P.O. Box 3610
Little Rock, Arkansas 72203  Telephone: (501) 374-1300  Toll Free: (800) 892-1460  Facsimile: (501) 375-3670

APP. 011 FVERIFY

EX.1-C

# MOTOR VEHICLE RETAIL INSTALLMENT SALES CONTRACT – SIMPLE FINANCE CHARGE
(WITH ARBITRATION PROVISION)

DEAL # 529353

**BUYER** VICTORY COMPLETIONS GROUP, LLC
ADDRESS 125 WALTON LANE
CITY SOUTHLAKE   STATE TX   ZIP 76092
PHONE

**SELLER/CREDITOR** DAVID MCDAVID FORD FT. WORTH
ADDRESS 300 WEST LOOP 820 SOUTH
CITY FORT WORTH   STATE TX   ZIP 76108
PHONE 8179357000

CO-BUYER N/A
ADDRESS N/A
CITY N/A   STATE N/A   ZIP N/A
PHONE N/A

The Buyer is referred to as "you" or "your." The Seller is referred to as "we" or "us." This contract may be transferred by the Seller.
PROMISE TO PAY: The credit price is shown below as the "Total Sales Price." The "Cash Price" is also shown below. By signing this contract, you choose to purchase the vehicle on credit according to the terms of this contract. You agree to pay us the Amount Financed, Finance Charge, and any other charges in this contract. You agree to make payments in U.S. funds according to the Payment Schedule in this contract. If more than one person signs as a buyer, you agree to keep all the promises in this agreement even if the others do not.
You have thoroughly inspected, accepted, and approved the vehicle in all respects.

## VEHICLE IDENTIFICATION

| YEAR | MAKE | MODEL | VEHICLE IDENTIFICATION NUMBER | | USE FOR WHICH PURCHASED |
|---|---|---|---|---|---|
| 2017 | FORD | F250 | | ☒ NEW ☐ DEMONSTRATOR ☐ FACTORY OFFICIAL/EXECUTIVE ☐ USED | PERSONAL, FAMILY, OR HOUSEHOLD, UNLESS OTHERWISE INDICATED BELOW. If either of the boxes below is checked, Chapter 353 of the Texas Finance Code applies to this Contract. ☒ BUSINESS OR COMMERCIAL ☐ AGRICULTURAL |

Trade-in: Make TOYOTA   Model Tundra 4x4
Year 2017   VIN ___   License No ___

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled. | Total Sale Price The total cost of your purchase on credit, including your down payment of $ 0.00 |
|---|---|---|---|---|
| 7.49 % | $ 16050.44 | $ 78081.16 | $ 94131.60 | $ 94131.60 |

Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 60 | 1568.86 | Monthly beginning 12/18/2017 |
| N/A | N/A | N/A |
| Or as follows: N/A | N/A | N/A |

Late Charge: If we do not receive your entire payment within 15 days after it is due (10 days if you are buying a heavy commercial vehicle), you will pay a late charge of 5% of the scheduled payment.
Prepayment: If you pay early, you will not have to pay a penalty.
Security Interest: We will have a security interest in the vehicle being purchased.
Additional Information: See this document for more information about nonpayment, default, security interests, and any required repayment in full before the scheduled date.

## ITEMIZATION OF AMOUNT FINANCED

1. Cash Price (Including any accessories, services, taxes,
   SALES TAX  $ 1631.94   $ N/A   $ N/A
   $ N/A  $ N/A  and $ N/A ) $ 69514.94  (1)
2. Total Downpayment = (if negative, enter "0" and see Line 4A below)
   Gross Trade-In  $ 38000.00
   – Pay Off Made By Seller  $ 44974.12
   – Cash Paid to Buyer for Trade-In  $ N/A
   = Net Trade-In  $ -6974.12
   + Cash  $ N/A
   + Mfrs. Rebate  $ 2750.00
   + Other (describe) N/A  $ N/A
   Total Downpayment  $ 0.00  (2)
3. Unpaid Balance of Cash Price (1 minus 2)  $ 69514.94  (3)
4. Other Charges including Amounts Paid to Others on Your Behalf
   (Seller may keep part of these amounts):
   A Net trade-in payoff to ___  $ 4224.12
   B Cost of Optional Credit Insurance Paid to Insurance Company or Companies
     Life  $ N/A
     Disability  $ N/A   $ N/A
   C Other Optional Insurance Paid to Insurance Company or Companies  $ N/A
   D Official Fees Paid to Government Agencies
     1) N/A  $ N/A
     2) ST OF TEXAS   RD & BRIDGE FEE  $ 20.00
     3) N/A  $ N/A
   E Debt Cancellation Agreement Fee Paid to the Seller  $ 800.00
   F Dealers Inventory Tax (if Not Included in Cash Price)  $ 163.85
   G Sales Tax (if Not Included in Cash Price)  $ N/A
   H Other Taxes (if Not Included in Cash Price)  $ N/A
   I Government License and/or Registration Fees
     LIC=$ 101.50  ETAG=$ 5.00  EFF=$ 2.00  $ 108.50
   J Government Certificate of Title Fees  $ 33.00
   K Government Vehicle Inspection Fees  $ 23.75
   L Deputy Service Fee Paid to Dealer  $ N/A
   M Documentary Fee (Cargo Documental)  $ 150.00

   A DOCUMENTARY FEE IS NOT AN OFFICIAL FEE. A DOCUMENTARY FEE IS NOT REQUIRED BY LAW, BUT MAY BE CHARGED TO BUYERS FOR HANDLING DOCUMENTS RELATING TO THE SALE. A DOCUMENTARY FEE MAY NOT EXCEED A REASONABLE AMOUNT AGREED TO BY THE PARTIES. THIS NOTICE IS REQUIRED BY LAW.

   UN CARGO DOCUMENTAL NO ES UN CARGO OFICIAL. LA LEY NO EXIGE QUE SE IMPONGA UN CARGO DOCUMENTAL, PERO ÉSTE PODRÍA COBRARSE A LOS COMPRADORES POR EL MANEJO DE LA DOCUMENTACIÓN EN RELACIÓN CON LA VENTA. UN CARGO DOCUMENTAL NO PUEDE EXCEDER UNA CANTIDAD RAZONABLE ACORDADA POR LAS PARTES. ESTA NOTIFICACIÓN SE EXIGE POR LEY.

   N Other Charges (Seller must identify who is paid and describe purpose.)
     to State  for Plate Transfer Fee  $ N/A
     N/A  to N/A  $ N/A
     N/A  to N/A  $ N/A
     N/A  to N/A  $ N/A
     EMS  SERVICE CONTRACT  $ 3013.00
     N/A  to N/A  $ N/A
     N/A  to N/A  $ N/A
     N/A  to N/A  $ N/A
     N/A  to N/A  $ N/A
     N/A  to N/A  $ N/A
   Total Other Charges and Amounts Paid to Others on Your Behalf  $ 8566.22  (4)
5. Amount Financed (3 + 4)  $ 78081.16  (5)

### PROPERTY INSURANCE
You must keep the collateral insured against damage or loss in the amount you owe. You must keep this insurance until you have paid all that you owe under this contract...

### Optional Credit Life and Credit Disability Insurance
Credit life insurance and credit disability insurance are not required to obtain credit...

☐ Credit Life, one buyer  $ N/A   Term N/A
☐ Credit Life, both buyers  $ N/A   Term N/A
☐ Credit Disability, one buyer  $ N/A   Term N/A
☐ Credit Disability, both buyers  $ N/A   Term N/A

N/A
(Insurance Company)
N/A
(Home Office Address)

### Optional Insurance Coverages and Debt Cancellation Agreement

| Coverage | Term in Months | Premium or Fee |
|---|---|---|
| GAP | N/A | $ N/A |
| N/A | N/A | $ N/A |
| N/A | N/A | $ N/A |
| Debt Cancellation Agreement | 60 | 800.00 |

FMCC
P.O. BOX 65 (Insurance Company)
DEERFIELD BEACH FL 33443
(Home Office Address)

X [signature] 11/03/17
Buyer's signature   Date
X ___ N/A ___
Co-buyer's signature   Date

LIABILITY INSURANCE: THIS CONTRACT DOES NOT INCLUDE INSURANCE COVERAGE FOR PERSONAL LIABILITY AND PROPERTY DAMAGE CAUSED TO OTHERS.

Returned Check Charge: You agree to pay a charge of $ 30. If any check you give us is dishonored or any electronic payment is returned unpaid.

Agreement to Arbitrate: By signing below, you agree that, pursuant to the Arbitration Provision on the reverse side of this contract, you or we may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the Arbitration Provision for additional information concerning the agreement to arbitrate.

Buyer Signs X Victory Completions Group, LLC by [signature]   Co-Buyer Signs X N/A

OCCC NOTICE. For questions or complaints about this contract, contact FORD MOTOR CREDIT at 8007277000. The Office of Consumer Credit Commissioner (OCCC) is a state agency, and it enforces certain laws that apply to this contract. If a complaint or question cannot be resolved by contacting the creditor, consumers can contact the OCCC to file a complaint or ask a general credit-related question. OCCC address: 2601 N. Lamar Blvd., Austin, Texas 78705. Phone: (800) 538-1579. Fax: (512) 936-7610. Website: occc.texas.gov. E-mail: consumer.complaints@occc.texas.gov.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

Any change to this contract must be in writing. Both you and we must sign it. No oral changes to this contract are enforceable.

Buyer X Victory Completions Group, LLC by [signature]   Co-Buyer X N/A
See back for other important agreements.

CONSUMER WARNING: Notice to the buyer--Do not sign this contract before you read it or if it contains any blank spaces. You are entitled to a copy of the contract you sign. Under the law, you have the right to pay off in advance all that you owe and certain conditions may save a portion of the finance charge. You will keep this contract to protect your legal rights.

BUYER'S ACKNOWLEDGEMENT OF CONTRACT RECEIPT: YOU AGREE TO THE TERMS OF THIS CONTRACT AND ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF IT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU ACKNOWLEDGE THAT YOU HAVE READ BOTH SIDES OF THIS CONTRACT, INCLUDING THE ARBITRATION PROVISION ON THE REVERSE SIDE, BEFORE SIGNING BELOW.

Buyer Signs X Victory Completions Group LLC by [signature]   Date 11/03/17   Co-Buyer Signs X N/A   Date

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X ___   Date ___   Address ___
Seller signs DAVID MCDAVID FORD FT. WORTH   Date 11/03/17   By X [signature]   Title GSM

THIS CONTRACT IS NOT VALID UNTIL YOU AND WE SIGN IT.

Seller assigns its interest in this contract to FORD MOTOR CREDIT   (Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse   XX ☐ Assigned without recourse   ☐ Assigned with limited recourse
Seller DAVID MCDAVID FORD FT. WORTH   By ___   Title ___

LAW FORM NO. 553-TX-ARB 8/16

ORIGINAL LIENHOLDER

APP. 012

OTHER TERMS AND CONDITIONS

**FINANCE CHARGE AND PAYMENTS**

a. **HOW WE FIGURE FINANCE CHARGE.** We figure the Finance Charge using the true daily earnings method as defined by the Texas Finance Code. Under the true daily earnings method, the Finance Charge will be figured by applying the daily rate to the unpaid portion of the Amount Financed for the number of days the unpaid portion of the Amount Financed is outstanding. The daily rate is 1/365th of the Annual Percentage Rate. The unpaid portion of the Amount Financed does not include late charges or return check charges.

b. **HOW WE WILL APPLY YOUR PAYMENTS.** We will apply your payments in the following order:
   1. earned but unpaid finance charge; and
   2. to anything else you owe under this agreement.

c. **HOW LATE OR EARLY PAYMENTS CHANGE WHAT YOU MUST PAY.** We based the Finance Charge, Total of Payments, and Total Sale Price as if all payments were made as scheduled. If you do not timely make all your payments in at least the correct amount, you will have to pay more Finance Charge. If that happens, your last payment will be more than your final scheduled payment, or at our option, you will have to pay more payments of the same amount as your scheduled payment with a smaller last payment. If you make scheduled payments early, your Finance Charge will be reduced (less). If you make your scheduled payments late, your Finance Charge will increase. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **TRANSFER OF RIGHTS.** We may transfer this contract to another person. That person will then have all our rights, privileges, and remedies.

e. **SPECIAL PROVISIONS FOR BALLOON PAYMENT CONTRACTS.** A balloon payment is a scheduled payment more than twice the amount of the average of your scheduled payments, other than the downpayment, that are due before the balloon payment. You can pay all you owe when the balloon payment is due and keep your vehicle. If you buy the vehicle primarily for personal, family, or household use, you can enter into a new written agreement to refinance the balloon payment when due without a refinancing fee. If you refinance the balloon payment, your periodic payments will not be larger or more often than the payments in this contract. The annual percentage rate in the new agreement will not be more than the Annual Percentage Rate in this contract. This provision does not apply if your Payment Schedule has been adjusted to your seasonal or irregular income.

2. **YOUR OTHER PROMISES TO US**

a. **USE AND TRANSFER OF THE VEHICLE.** You will not sell or transfer the vehicle without our written permission. If you do sell or transfer the vehicle, this will not release you from your obligations under this contract, and we may charge you a transfer of equity fee of $25.00 ($50 for a heavy commercial vehicle). You will promptly tell us in writing if you change your address or the address where you keep the vehicle. We agree you may remove the vehicle from the U.S. for 72 hours or less, if the vehicle will continue to be covered by the insurance this contract requires. Otherwise, you agree not to remove the vehicle from the U.S. without our written permission.

b. **CARE OF THE VEHICLE.** You agree to keep the vehicle free from all liens, and claims except those that secure this contract. You will timely pay all taxes, fines, or charges pertaining to the vehicle. You will keep the vehicle in good repair. You will not allow the vehicle to be seized or placed in jeopardy or use it illegally. You must pay all you owe even if the vehicle is lost, damaged or destroyed. If a third party takes a lien or claim against or possession of the vehicle, we may pay the third party any cost required to free the vehicle from all liens or claims. We may immediately demand that you pay us the amount paid to the third party for the vehicle. If you do not pay this amount, we may repossess the vehicle and add that amount to the amount you owe. If we do not repossess the vehicle, we may still demand that you pay us, but we cannot compute a finance charge on this amount.

c. **SECURITY INTEREST.** To secure all that you owe on this contract and all your promises in it, you give us a security interest in:
   1. The vehicle including all accessories and parts now or later attached and any other goods financed in this contract;
   2. All insurance proceeds and other proceeds received for the vehicle;
   3. Any insurance policy, service contract or other contract financed by us and any proceeds of those contracts; and
   4. Any refunds of charges included in this contract for insurance, or service contracts.

This security interest also secures any extension or modification of this contract. The certificate of title must show our security interest in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **AGREEMENT TO KEEP VEHICLE INSURED.** You agree to have physical damage insurance covering loss or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. The insurer must be authorized to do business in Texas.

e. **OUR RIGHT TO PURCHASE REQUIRED INSURANCE IF YOU FAIL TO KEEP THE VEHICLE INSURED.** If you fail to give us proof that you have insurance, we may buy physical damage insurance. We may buy insurance that covers your interest and our interest in the vehicle, or we may buy insurance that covers our interest only. You will pay the premium for the insurance and a finance charge at the contract rate. If we obtain collateral protection insurance, we will mail notice to your last known address shown in our file.

f. **PHYSICAL DAMAGE INSURANCE PROCEEDS.** You must use physical damage insurance proceeds to repair the vehicle, unless we agree otherwise in writing. However, if the vehicle is a total loss, you must use the insurance proceeds to pay what you owe us. You agree that we can use any proceeds from insurance to repair the vehicle, or we may reduce what you owe under this contract. If we apply insurance proceeds to the amount you owe, they will be applied to your payments in the reverse order of when they are due. If your insurance on the vehicle or credit insurance doesn't pay all you owe, you must pay what is still owed. Once all amounts owed under this contract are paid, any remaining proceeds will be paid to you.

g. **RETURNED INSURANCE PREMIUMS AND SERVICE CONTRACT CHARGES.** If we get a refund on insurance or service contracts, or other contracts included in the cash price, we will subtract it from what you owe. Once all amounts owed under this contract are paid, any remaining refunds will be paid to you.

h. **APPLICATION OF CREDITS.** Any credit/any refunds your debt due, unless we decide to apply it to another part of your debt. The amount of the credit and all finance charge or interest on the credit will be applied to your payments in the reverse order of your payments.

3. **IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

a. **LATE CHARGE.** You will pay us a late charge as agreed to in this contract when it accrues.

b. **DEFAULT.** You will be in default if:
   1. You do not pay any amount when it is due;
   2. You give false, incomplete, or misleading information on a credit application;
   3. You file bankruptcy, bankruptcy is filed against you, or the vehicle becomes involved in a bankruptcy.
   4. You allow a judgment to be entered against you or the collateral; or
   5. You break any of your promises in this agreement.

If you default, we can exercise our rights under this contract and our other rights under the law.

c. **OUR RIGHT TO DEMAND PAYMENT IN FULL.** If you default, or we believe in good faith that you are not going to keep any of your promises, we can demand that you immediately pay all that you owe. We don't have to give you notice that we are demanding or intend to demand immediate payment of all that you owe.

d. **REPOSSESSION.** If you default, we may repossess the vehicle from you if we do so peacefully. If your vehicle has an electronic tracking device, you agree that we may use the device to find the vehicle. If any personal items are in the vehicle, we can store them for you and give you written notice at your last known address shown on our records within 15 days of discovering that we have your personal items. If you do not ask for these items back within 31 days from the day we mail or deliver the notice to you, we may dispose of them as applicable law allows. Any accessory, equipment, or replacement part stays with the vehicle.

e. **YOUR RIGHT TO REDEEM.** If we take your vehicle, we will tell you how much you have to pay to get it back. If you do not pay us to get the vehicle back, we can sell it or take other action allowed by law. Your right to redeem ends when the vehicle is sold or we have entered into a contract for sale or accepted the collateral as full or partial satisfaction of a contract.

f. **DISPOSITION OF THE VEHICLE.** If you don't pay us to get the vehicle back, we can sell it or take other action allowed by law. If we sell the motor vehicle in a public or private sale, we will send you notice at least 10 days before we sell it. We can use the money we got from selling it to pay allowed expenses and to reduce the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. If any money is left, we will pay it to you unless we must pay it to someone else. If the money from the sale is not enough to pay all you owe, you must pay the rest of what you owe us plus interest. If we take or sell the vehicle, you will give us the certificate of title and any other document required by state law to record transfer of title.

g. **COLLECTION COSTS.** If we hire an attorney who is not our employee to enforce this contract, you will pay reasonable attorney's fees and court costs as the applicable law allows. You will also pay our reasonable out-of-pocket expenses incurred in connection with retaking, holding, and selling the vehicle as the applicable law allows.

h. **CANCELLATION OF OPTIONAL INSURANCE AND SERVICE CONTRACTS.** This contract may contain charges for insurance or service contracts or for services included in the cash price. If you default, you agree that we can claim benefits under these contracts to the extent allowable, and terminate them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is damaged or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **INTEGRATION AND SEVERABILITY CLAUSE**

This contract contains the entire agreement between you and us relating to the sale and financing of the vehicle. If any part of this contract is not valid, all other parts stay valid.

5. **LEGAL LIMITATIONS ON OUR RIGHTS**

If we don't enforce our rights every time, we can still enforce them later. We will exercise all of our rights in a lawful way. You don't have to pay finance charge or other amounts that are more than the law allows. This provision prevails over all other parts of this contract and over all our other acts.

6. **SELLER'S DISCLAIMER OF WARRANTIES**

Unless the seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.
This provision does not affect any warranties covering the vehicle that the vehicle manufacturer may provide.

7. **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

8. **SERVICING AND COLLECTION CONTACTS**

We may try to contact you at any mailing address, e-mail address, or phone number you give us as the law allows. We may try to contact you in writing (including mail, e-mail, and text messages) and by phone (including prerecorded or artificial voice messages and automatic telephone dialing systems).

9. **APPLICABLE LAW**

Federal and Texas law apply to this contract.

---

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

This PROVISION applies to this contract only if the vehicle financed in the contract was purchased for personal, family, or household use.

---

**ARBITRATION PROVISION**
**PLEASE REVIEW - IMPORTANT - AFFECTS YOUR LEGAL RIGHTS**

1. EITHER YOU OR WE MAY CHOOSE TO HAVE ANY DISPUTE BETWEEN US DECIDED BY ARBITRATION AND NOT IN COURT OR BY JURY TRIAL.
2. IF A DISPUTE IS ARBITRATED, YOU WILL GIVE UP YOUR RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR CLASS MEMBER ON ANY CLASS CLAIM YOU MAY HAVE AGAINST US INCLUDING ANY RIGHT TO CLASS ARBITRATION OR ANY CONSOLIDATION OF INDIVIDUAL ARBITRATIONS.
3. DISCOVERY AND RIGHTS TO APPEAL IN ARBITRATION ARE GENERALLY MORE LIMITED THAN IN A LAWSUIT, AND OTHER RIGHTS THAT YOU AND WE WOULD HAVE IN COURT MAY NOT BE AVAILABLE IN ARBITRATION.

Any claim or dispute, whether in contract, tort, statute or otherwise (including the interpretation and scope of this Arbitration Provision, and the arbitrability of the claim or dispute), between you and us or our employees, agents, successors or assigns, which arises out of or relates to your credit application, purchase or condition of this vehicle, this contract or any resulting transaction or relationship (including any such relationship with third parties who do not sign this contract) shall, at your or our election, be resolved by neutral, binding arbitration and not by a court action. If federal law provides that a claim or dispute is not subject to binding arbitration, this Arbitration Provision shall not apply to such claim or dispute. Any claim or dispute is to be arbitrated by a single arbitrator on an individual basis and not as a class action. You expressly waive any right you may have to arbitrate a class action. You may choose the American Arbitration Association, 1633 Broadway, 10th Floor, New York, New York 10019 (www.adr.org), or any other organization to conduct the arbitration subject to our approval. You may get a copy of the rules of an arbitration organization by contacting the organization or visiting its website.

Arbitrators shall be attorneys or retired judges and shall be selected pursuant to the applicable rules. The arbitrator shall apply governing substantive law and the applicable statute of limitations. The arbitration hearing shall be conducted in the federal district in which you reside unless the Seller-Creditor is a party to the claim or dispute, in which case the hearing will be held in the federal district where this contract was executed. We will pay your filing, administration, service or case management fee and your arbitrator or hearing fee all up to a maximum of $5000, unless the law or the rules of the chosen arbitration organization require us to pay more. The amount we pay may be reimbursed in whole or in part by decision of the arbitrator if the arbitrator finds that any of your claims is frivolous under applicable law. Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. If the chosen arbitration organization's rules conflict with this Arbitration Provision, then the provisions of this Arbitration Provision shall control. Any arbitration under this Arbitration Provision shall be governed by the Federal Arbitration Act (9 U.S.C. § 1 et. seq.) and not by any state law concerning arbitration. Any award by the arbitrator shall be in writing and will be final and binding on all parties, subject to any limited right to appeal under the Federal Arbitration Act.

You and we retain the right to seek remedies in small claims court for disputes or claims within that court's jurisdiction, unless such action is transferred, removed or appealed to a different court. Neither you nor we waive the right to arbitrate by using self-help remedies, such as repossession, or by filing an action to recover the vehicle, to recover a deficiency balance, or for individual injunctive relief. Any court having jurisdiction may enter judgment on the arbitrator's award. This Arbitration Provision shall survive any termination, payoff or transfer of this contract. If any part of this Arbitration Provision, other than waivers of class action rights, is deemed or found to be unenforceable for any reason, the remainder shall remain enforceable. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this Arbitration Provision shall be unenforceable.

Form No. 553-TX-ARB 8/16

APP. 013