IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JON-ERIK ROCHA, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:19-cv-00572-O-BP |
| BRYAN E. HOSTO and CHARLES J. BUCHAN, | § | |
| Defendants. | § | |

## ORDER

The United States Magistrate Judge entered his Findings, Conclusions, and Recommendation ("FCR"), ECF No. 11. No objections were filed. The Magistrate Judge recommends that this Court grant Defendants' Motion to Dismiss, ECF No. 7, and dismiss Plaintiff's claims with prejudice unless Plaintiff filed an amended complaint within the fourteen allotted for objections to the FCR. No amended complaint was filed. Additionally, the Magistrate Judge recommends that this Court deny Plaintiff's Demand to Strike, ECF No. 9. The Court reviewed the proposed Findings, Conclusions and Recommendations for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendations of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that: 1) Defendants' Motion to Dismiss is **GRANTED**; 2) Plaintiff's claims are **DISMISSED with prejudice**; 3) Plaintiff's Demand to Strike is **DENIED**.

**SO ORDERED** this **6th day** of **February, 2020**.

1

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE